IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE NICKLAS, JOHN ROES (1-50), and JANE ROES (1-50),<br><br>        Plaintiffs,<br><br>v.<br><br>JOE KELLY, individually and in his official capacity as the Lancaster County Attorney, and JOHN DOES (1-50), individually and in his/her/their official capacity,<br><br>        Defendants. | 4:17CV3131<br><br>**JUDGMENT** |

    Pursuant to the plaintiffs' Unopposed Motion to Dismiss Without Prejudice (Filing No. 30) stating that the parties have resolved this matter, filed prior to service of an answer or motion for summary judgment by the defendants, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this case is dismissed without prejudice.

    DATED this 14th day of March, 2018.

                                        BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        Senior United States District Judge